# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:06CV275

| | |
|---|---|
| RICHARD WATSON and NANCY WATSON, ) ) ) Plaintiffs, ) ) Vs. ) ) FLEETWOOD MOTOR HOMES OF ) INDIANA, INC.; FREIGHTLINER ) CUSTOM CHASSIS; and ) CATERPILLAR, INC., ) ) Defendants. ) ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiffs' motion to dismiss without prejudice their claims against the Defendants Freightliner Custom Chassis and Caterpillar, Inc., without prejudice. These Defendants have consented to the dismissal.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion to dismiss is **ALLOWED**, and their claims against the Defendants Freightliner Custom Chassis and Caterpillar, Inc., are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED** that the remaining parties to this action shall comply with the Court's Local Rule 16.1 and shall file a proposed discovery plan on or before 20 days from entry of this Order.

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge