# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv275

| | |
|---|---|
| RICHARD WATSON and NANCY WATSON, ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | ORDER |
| FLEETWOOD MOTOR HOMES OF INDIANA, INC., ) ) ) ) | |
| Defendant. ) ) | |

**THIS CAUSE** coming on to be heard, pursuant to a "Joint Motion to Amend Scheduling Order and Proposed Discovery Plan" (#24) filed by the plaintiffs and the defendant and the court having heard from the parties in open court sitting on April 10, 2007 has determined to grant the motion to amend the scheduling order and has entered a Pretrial Order and Case Management Plan herewith.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Joint Motion to Amend Scheduling Order and Proposed Discovery Plan (#24) is **ALLOWED** and that a Pretrial Order and Case Management Plan has been entered herewith.

-1-

Signed: April 20, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge