IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06cv275

| | |
|---|---|
| RICHARD WATSON and NANCY WATSON, | )<br>)<br>) |
| Plaintiffs | ) |
| | )     ORDER |
| v | )<br>) |
| FLEETWOOD MOTOR HOMES OF INDIANA, INC., | )<br>)<br>) |
| Defendant. | ) |

ON APRIL 2, 2007 the undersigned entered an order ordering counsel to show cause why sanctions or fines should not be imposed for failure to comply with a court order. This matter having been heard and having been resolved to the satisfaction of the court, the court has determined to enter an order dismissing the Order to Show Cause.

## ORDER

**IT IS, THEREFORE, ORDERED** that the order (#25) filed in this matter on April 2, 2007, is hereby **DISMISSED**.

Signed: May 7, 2007

Dennis L. Howell
United States Magistrate Judge