# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv275

| | |
|---|---|
| RICHARD WATSON; and NANCY WATSON, ) ) ) Plaintiffs, ) ) Vs. ) FLEETWOOD MOTOR HOMES OF INDIANA, INC., ) ) ) ) ) Defendant. ) _____ ) | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion for Admission Pro Hac Vice. Having considered plaintiffs' motion and reviewed the pleadings, and it appearing that J. Daniel Scharville is a member in good standing with the Ohio Bar and that h will be appearing with a member in good standing with the Bar of this court, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Admission Pro Hac Vice (#48) is **GRANTED,** and J. Daniel Scharville is admitted to practice before the bar of this court in this particular case while appearing with Richard A. McNeil.

Such admission shall not be a basis for continuance of trial.

Signed: July 25, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge